**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1616

GRACE MORRIS,

            Plaintiff – Appellant,

      v.

RHONDA RAE MARRIN,

            Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.   (3:10-cv-00050-JRS; 08-32473-DOT; 08-03116-DOT)

Submitted:  November 30, 2010        Decided:  December 3, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Grace Morris, Appellant Pro Se.  Rhonda Rae Marrin, Appellee Pro
Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grace Morris appeals from the district court's order dismissing her appeal from the bankruptcy court order for failure to comply with Fed. R. Bankr. P. 8006. We have reviewed the record and the district court's order and find no reversible error and no abuse of discretion. See Fed. R. Bankr. P. 8001(a); In re SPR Corp., 45 F.3d 70, 74 (4th Cir. 1995); In re Serra Builders, Inc., 970 F.2d 1309, 1311 (4th Cir. 1992). Accordingly, we affirm for the reasons stated by the district court. Morris v. Marrin, No. 3:10-cv-00050-JRS (E.D. Va. Apr. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED